FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 29 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-CR-03762 |
| ) | |
| vs. ) | |
| ) | |
| NAEL ALI, ) | |
| CHRISTINA BOWEN (a.k.a. ) | |
| "Christina Sandoval"), and ) | |
| MOHAMMAD MANASRA, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO UNSEAL INDICTMENT

THE UNITED STATES OF AMERICA hereby requests that the Indictment in this case, this Motion, and any resulting Order be unsealed. Yesterday, the United States executed the arrest warrants for Nael Ali and Mohammad Manasra in conjunction with a series of search warrants. Those two defendants are now in custody. The third defendant, Christina Bowen, has arranged to surrender herself this morning to the US Marshal's Office in Albuquerque, NM. There is no longer a concern that the filing of the Indictment in this case, this Motion, or any resulting Order would disclose to the subjects of the underlying investigation the scope of the investigation, or jeopardize investigative efforts.

Therefore, the Indictment, the Motion, and any resulting order should be unsealed in accordance with Federal Criminal Rule of Procedure 6(e)(4).

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

1

        /s/
Kristopher N. Houghton
Assistant U.S. Attorney
District of New Mexico
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274