FILED
At Albuquerque NM
OCT 5 2017
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15-CR-3762 |
| vs. | ) 18 U.S.C. § 1159: |
| **MOHAMMAD MANASRA**, | ) Violation of the Indian Arts and Crafts Act; ~~Class A Misdemeanor~~ |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

On or about October 19, 2014, in Bernalillo County, in the District of New Mexico, the defendant, **MOHAMMAD MANASRA**, did knowingly display and offer for sale, and did sell goods, specifically: jewelry, in a manner that suggested that the goods were Indian produced, Indian products, and the products of a particular Indian and Indian tribe, resident within the United States, when in truth and in fact, as he there and then well knew and believed, the goods were not Indian produced, Indian products, and the products of a particular Indian and Indian tribe.

In violation of 18 U.S.C. § 1159.

JAMES D. TIERNEY
Acting United States Attorney

Kristopher N. Houghton
Sean P. Sullivan
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 346-7274