IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 15-cr-3762-JCH-SCY |
| ) | |
| **MOHAMMAD MANASRA**, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE
SENTENCING OF MOHAMMAD MANASRA**

The United States respectfully requests that the Court continue the sentencing hearing for Mr. Manasra for the following reasons.

1. The sentencing hearing in this matter is currently set to be heard by the Court tomorrow, February 15, 2018, at 10:30 a.m. On Tuesday, February 13, 2018, Mr. Manasra filed his sentencing memorandum with the Court. The United States would like an opportunity to consider and respond to that memorandum before proceeding to sentencing.

2. Moreover, several Native American artisans, impacted by Mr. Manasra's criminal conduct, have expressed interest in being heard by the Court prior to sentencing. According to those artists, previously scheduled jewelry shows prevent their ability to attend the hearing until late March or early April. The United States sent an email to the point-of-contact for those artisans regarding the sentencing hearings in this case on February 5, 2018, but has not yet received a response.

3. Additionally, Mr. Manasra's co-defendant Nael Ali is scheduled to be sentenced on March 27, 2018, by U.S. District Court Judge Judith C. Herrera. The United States

expects some of the artisans, as well as other victims, to travel to Albuquerque and testify at that hearing. It would inconvenience those artisans to travel to Albuquerque twice to make statements before the Court on these related matters.

4. Finally, Mr. Manasra is not in custody and remains released on his own recognizance without conditions of pre-trial release. Nonetheless, Mr. Manasra opposes this motion.

The United States respectfully requests that this Court reset Mr. Manasra's sentencing hearing to March 27, 2018, or the following day, to enable Native American artisans and victims to make statements to the Court. Such a continuance will also afford the United States an opportunity to respond to Mr. Manasra's recently filed sentencing memorandum.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

/s/
KRISTOPHER N. HOUGHTON
Assistant United States Attorney
P.O. Box 607
Albuquerque, N.M. 87103
(505) 346-7274

I HEREBY CERTIFY that I filed the foregoing through the CM/ECF system, which provided notice and a copy to opposing counsel of record.
/s/
KRISTOPHER N. HOUGHTON
Assistant United States Attorney