IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 15-cr-3762-JCH |
| ) | |
| **NAEL ALI** and ) | |
| ) | |
| **MOHAMMAD MANASRA**, ) | |
| ) | |
| Defendants. ) | |

## UNITED STATES' NOTICE OF UNAVAILABILITY

The United States files this notice to indicate its unavailability for purposes of scheduling the sentencing hearings in this case.

**April 19-20, 2018** – AUSAs Kristopher Houghton and Sean Sullivan will be on military orders;

**April 23-27, 2018** – AUSA Sean Sullivan will be on military orders;

**April 24-25, 2018** – AUSA Kristopher Houghton will be litigating an evidentiary hearing regarding a motion to suppress in *United States v. Donald Tolbert*, 14-cr-3761-JCH.

**April 26-27, 2018** – Native American artists expected to testify at the sentencing hearings will be attending the Gathering of Nations;

**May 21-23, 2018** – AUSA Kristopher Houghton expects to be in trial in *United States v. Sara Ruiz*, 16-cr-02934-MV; and

**May 28-June 1, 2018** – AUSA Sean Sullivan will be out of the office on annual leave.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

/s/
KRISTOPHER N. HOUGHTON and
SEAN P. SULLIVAN
Assistant United States Attorneys
P.O. Box 607
Albuquerque, N.M. 87103
(505) 346-7274

I HEREBY CERTIFY that I filed the foregoing through the CM/ECF system, which provided notice and a copy to opposing counsel of record.

/s/
KRISTOPHER N. HOUGHTON
Assistant United States Attorney